_____

No. 95-3824

_____

Roger D. Wilson,                        *
                                        *
            Appellant,                  *
                                        * Appeal from the United States
      v.                                * District Court for the
                                        * Western District of Arkansas.
United States of America,               *
                                        *       **[UNPUBLISHED]**
            Appellee.                   *

_____

Submitted:  June 7, 1996

Filed:  June 11, 1996

_____

Before BEAM, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Roger D. Wilson appeals from the district court's[1] order dismissing his 28 U.S.C. § 2255 motion to vacate his sentence. In the motion, Wilson claimed that his criminal conviction for money laundering was barred under the Double Jeopardy Clause by the civil forfeiture of his property.

After carefully reviewing the parties' briefs and the record, we conclude that the dismissal of Wilson's section 2255 motion was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE JIMM LARRY HENDREN, United States District Judge for the Western District of Arkansas, adopting the report and recommendation of the HONORABLE BEVERLY R. STITES, United States Magistrate Judge for the Western District of Arkansas.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.